UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAVID SCHLACHET,
*On Behalf of,*
Lara Prychodko

       Plaintiff,

vs.                                                                  Civil Action No.:
                                                                  1:19-CV-09296-JPO

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
------------------------------------------------------------X

## ORDER

AND, NOW, this 31st day of March, 2020, upon consideration of Plaintiff's Motion for an extension of time to file his motion for judgment on the pleadings,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Plaintiff's motion is due May 13, 2020. Defendant's motion and brief is due July 13, 2020. Plaintiff's reply, if any, is due July 27, 2020.

Entered: March 31, 2020

                                                            J. PAUL OETKEN
                                                            United States District Judge