**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DAVID SCHLACHET OBO LARA
PRYCHODKHO,

                Plaintiff,                19 **CIVIL** 9296 (JPO)

      -v-                                 **JUDGMENT**

COMMISSIONER OF SCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated May 26, 2020, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant, to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including offering Plaintiff the opportunity for a new hearing and de novo decision in accordance with the Commissioner's rules and regulations.

**Dated:**  New York, New York
          May 27, 2020

                                                          **RUBY J. KRAJICK**
                                                           _____
                                                             **Clerk of Court**
                               **BY:**
                                                            _____
                                                               **Deputy Clerk**